B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re **CATALINA EAR NOSE &THROAT, P.C.** Case No. **4:12-bk-00071-JMM**
Debtor(s) Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AMERICAN EXPRESS<br>PO BOX 0001<br>LOS ANGELES, CA 90096-8000 | AMERICAN EXPRESS<br>PO BOX 0001<br>LOS ANGELES, CA 90096-8000 | CREDIT CARD | | 21,805.43 |
| BBVA COMPASS BANK<br>PO BOX 830696<br>BIRMINGHAM, AL 35283-0696 | BBVA COMPASS BANK<br>PO BOX 830696<br>BIRMINGHAM, AL 35283-0696 | LINE OF CREDIT | | 38,620.47 |
| CENTURY LINK<br>PO BOX 29040<br>Phoenix, AZ 85038 | CENTURY LINK<br>PO BOX 29040<br>Phoenix, AZ 85038 | CSI T-1 LINE | | 719.23 |
| CHASE CARD SERVICES<br>PO BOX 94014<br>PALATINE, IL 60094-4014 | CHASE CARD SERVICES<br>PO BOX 94014<br>PALATINE, IL 60094-4014 | CREDIT CARD | | 15,860.39 |
| CYNTHIA SHAPIRO<br>10020 N 78TH PLACE<br>Scottsdale, AZ 85258 | CYNTHIA SHAPIRO<br>10020 N 78TH PLACE<br>Scottsdale, AZ 85258 | | Contingent<br>Unliquidated | Unknown |
| DEX ONE<br>PO BOX 79167<br>Phoenix, AZ 85062 | DEX ONE<br>PO BOX 79167<br>Phoenix, AZ 85062 | CENT & TIBD YELLOW PAGES | | 2,856.18 |
| ESTATE OF ALAN J SHAPIRO<br>CYNTHIA SHAPIRO TRUSTEE<br>10020 N 78TH PLACE<br>Scottsdale, AZ 85258 | ESTATE OF ALAN J SHAPIRO<br>CYNTHIA SHAPIRO TRUSTEE<br>10020 N 78TH PLACE<br>Scottsdale, AZ 85258 | | Contingent<br>Unliquidated | Unknown |
| KNIGHTSBRIDGE EQUIPMENT CAPITAL LLC<br>1098 MELODY LANE SUITE 203<br>Roseville, CA 95678 | KNIGHTSBRIDGE EQUIPMENT CAPITAL LLC<br>1098 MELODY LANE SUITE 203<br>Roseville, CA 95678 | | | 101,710.05 |
| LEXUS FINANCIAL SERVICES<br>PO BOX 60116<br>CITY OF INDUSTRY, CA 91716-0116 | LEXUS FINANCIAL SERVICES<br>PO BOX 60116<br>CITY OF INDUSTRY, CA 91716-0116 | LEASE | | 895.90 |

B4 (Official Form 4) (12/07) - Cont.

In re **CATALINA EAR NOSE &THROAT, P.C.** Case No. **4:12-bk-00071-JMM**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MAIL FINANCE<br>POBOX 45840<br>SAN FRANCISCO, CA 94145-0840 | MAIL FINANCE<br>POBOX 45840<br>SAN FRANCISCO, CA 94145-0840 | POSTAGE MACHINE LEASE | | 5,888.45 |
| MINDY A BLACK M.D.<br>5671 E SCARLETT ST<br>Tucson, AZ 85711 | MINDY A BLACK M.D.<br>5671 E SCARLETT ST<br>Tucson, AZ 85711 | CONTRACTOR | Contingent<br>Unliquidated<br>Disputed | Unknown |
| MR/MRS ALLEN STEIGLITZ<br>9138 E CHARTER OAK DR<br>Scottsdale, AZ 85260 | MR/MRS ALLEN STEIGLITZ<br>9138 E CHARTER OAK DR<br>Scottsdale, AZ 85260 | POTENTIAL PERSONAL GUARANTEE | Contingent<br>Unliquidated | Unknown |
| MR/MRS BRIAN WERNER<br>9080 W CHEYENNE AVE STE 150<br>Las Vegas, NV 89129 | MR/MRS BRIAN WERNER<br>9080 W CHEYENNE AVE STE 150<br>Las Vegas, NV 89129 | POTENTIAL PERSONAL GUARANTEE | Contingent<br>Unliquidated | Unknown |
| PIMA COUNTY TREASURER<br>11O N. CHURCH AVE.<br>Tucson, AZ 85701 | PIMA COUNTY TREASURER<br>11O N. CHURCH AVE.<br>Tucson, AZ 85701 | MEDICAL SERVICES - VARIOUS PAYER | | 6,620.16<br>(113,000.00 secured)<br>(298,057.91 senior lien) |
| PRACTICE ONE/ADVANCED MD<br>PO BOX 95350<br>SOUTH JORDAN, UT 84095 | PRACTICE ONE/ADVANCED MD<br>PO BOX 95350<br>SOUTH JORDAN, UT 84095 | MEDICAL SOFTWARE | | 10,957.78 |
| US BANK<br>PO BOX 790448<br>ST LOUIS, MO 63179-0448 | US BANK<br>PO BOX 790448<br>ST LOUIS, MO 63179-0448 | TIBD EQUIPMENT LOAN | | 2,607.95 |
| US BANKOFFICE EQUIP FINANCE<br>PO BOX 790448<br>Saint Louis, MO 63179-0448 | US BANKOFFICE EQUIP FINANCE<br>PO BOX 790448<br>Saint Louis, MO 63179-0448 | TIBD COPIER LEASE | | 1,662.00 |
| WELLS FARGO<br>PO BOX 348750<br>Sacramento, CA 95834 | WELLS FARGO<br>PO BOX 348750<br>Sacramento, CA 95834 | CREDITCARD | | 19,822.64 |
| WELLS FARGO AZ BUSINESS BANKING<br>MAC T7422-012<br>PO BOX 659700<br>SAN ANTONIO, TX 78265-9700 | WELLS FARGO AZ BUSINESS BANKING<br>MAC T7422-012<br>PO BOX 659700<br>SAN ANTONIO, TX 78265-9700 | MEDICAL SERVICES - VARIOUS PAYER | | 298,057.91<br>(113,000.00 secured) |
| WELLS FARGO BANK<br>PO BOX 5058<br>MAC P6053-021<br>Portland, OR 97208 | WELLS FARGO BANK<br>PO BOX 5058<br>MAC P6053-021<br>Portland, OR 97208 | COLLECTION | | 398.74 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 10, 2012**                Signature **/s/ RANDALL S COHEN, M.D.**
                                                   **RANDALL S COHEN, M.D.**
                                                   **PRESIDENT**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.